UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RAMON V. BANEZ, | ) | CASE NO. 5:09 CV 1100 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| MICHAEL L. HOWARD, Judge, Stark County Court of Common Pleas, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/Dan Aaron Polster 5/28/09
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE